# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN FRANCISCO

---

UNITED STATES OF AMERICA,

V.

DONNELL ARTIS,
THURMAN GAITHER III,
ANTONIO OLIVER,
STERLING HOLMES, and
DAVON YOUNG

DEFENDANT(S).

---

## INDICTMENT

18 U.S.C. § 922(g) (1)- Felon in Possession of Firearm

---

A true bill.

_____ Foreman

Filed in open court this 22nd day of Nov, 2016.

_____ Clerk

Bail, $ no bail warrant for all defendants

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT   ☐ SUPERSEDING

**OFFENSE CHARGED**

18 U.S.C. § 922(g)(1) -- Felon in Possession of a Firearm

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: 10 years' imprisonment; $250,000 fine; 3 years' supervised release; restitution; mandatory $100 special assessment

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

**DEFENDANT - U.S**
Donnell Artis, Thurman Gaither, Antonio Oliver, Sterling Holmes, and Davon Young

DISTRICT COURT NUMBER

CR 16 0477 VC

**DEFENDANT**

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
Department of Homeland Security

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. ATTORNEY   ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form: BRIAN J. STRETCH
☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): Jerome Mayer-Cantu

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction   ☐ Federal ☐ State
6) ☒ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution
   San Francisco Superior Court

Has detainer been filed?   ☐ Yes   ☐ No
If "Yes" give date filed

DATE OF ARREST: Month/Day/Year 11/14/2016
Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY: Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS   ☐ NO PROCESS*   ☒ WARRANT   Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:   Before Judge:

Comments:

BRIAN J. STRETCH (CABN 163973)
United States Attorney

FILED
2016 NOV 12 P 12:22
SUSAN Y. SOONG
CLERK, US DISTRICT COURT
NO. DIST. OF CA.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 16 0477 VC |
| Plaintiff, | VIOLATION: 18 U.S.C.§ 922(g)(1) – Felon in Possession of a Firearm |
| v. | |
| DONNELL ARTIS, THURMAN GAITHER III, ANTONIO OLIVER, STERLING HOLMES, and DAVON YOUNG, | SAN FRANCISCO VENUE |
| Defendants. | |

INDICTMENT

The Grand Jury charges:

On or about March 26, 2016, in the Northern District of California, the defendants,

DONNELL ARTIS,
THURMAN GAITHER III,
ANTONIO OLIVER,
STERLING HOLMES, and
DAVON YOUNG,

INDICTMENT

1

1  having been previously convicted of a crime punishable by a term of imprisonment exceeding one year,
2  did knowingly possess firearms, specifically, a Glock Model 26 bearing serial number EXT536US; a
3  Glock Model 36 bearing serial number URF319; a Glock Model 30 bearing serial number DEH703US;
4  a Glock Model 22 bearing serial number XCA680; and a Springfield Model XD bearing serial number
5  XD352789, in and affecting interstate and foreign commerce, in violation of Title 18, United States
6  Code, Section 922(g)(1).

DATED: 11/22/16                                              A TRUE BILL.

_____
FOREPERSON

BRIAN J. STRETCH
United States Attorney

_____
DANIEL KALEBA
Chief, General Crimes Section

(Approved as to form: _____ )
                                AUSA JEROME MAYER-CANTÚ

INDICTMENT

2