ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA A. BOERSCH (CABN 126569)
Chief, Criminal Division

DANIEL N. KASSABIAN (CABN 215249)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone:    (415) 436-7034
    Fax:    (415) 436-7234
    daniel.kassabian@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 16-00477-VC |
| Plaintiff, | STIPULATION TO RESET STATUS CONFERENCE A FROM APRIL 17, 2024 TO MAY 1, 2024 AND ORDER |
| v. | |
| DONNELL ARTIS, | |
| Defendant. | |

It is hereby stipulated by and between counsel for the United States and counsel for the defendant DONNELL ARTIS that the status conference set for APRIL 17, 2024 be vacated and reset to MAY 1, 2024, at 1:00 p.m. for the convenience of the parties. The defendant is currently abiding by his terms of supervised release, including receiving mental health treatment and being on home detention. The defendant's supervising U.S. Probation Officer continues to look for an available space in transitional housing per his and the parties' original plan following the defendant's release from state custody. To date, however, no spaces have become available due to the priority given to inmates released from Bureau of Prisons custody, and space may not be available until June.

The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order. The defendant's supervising U.S.

1  Probation Officer also consents.

2      IT IS SO STIPULATED.

3  Dated: April 16, 2024                              ISMAIL J. RAMSEY
                                                 United States Attorney

                                                 /s/
                                                 DANIEL N. KASSABIAN
                                                 Assistant United States Attorney

                                                 /s/
                                                 JOHN J. JORDAN
                                                 Counsel for Defendant
                                                 DONNELL ARTIS

## ORDER

Based upon the facts set forth in the stipulation of the parties and for good cause shown, the status conference presently set for APRIL 17, 2024 is vacated, and reset to MAY 1, 2024 at 1:00 p.m.

**IT IS SO ORDERED.**

Dated: April 16, 2024

                                                 HON. VINCE CHHABRIA
                                                 United States District Judge

2083-6309-7857, v. 1